

PD

# UNITED STATES DISTRICT COURT
### EASTERN   DISTRICT OF PENNSYLVANIA
### Phialdelphia,   DIVISION

JAMES T. COLE, JR.

REG NO. 41167-066

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: _____ **1 8    3 6 6 8**
(To be supplied by the Clerk of this Court)

Rodney "Frog" Carson

T.M.G. Pubmishing Firm,

Amazon Inc and/or Corp.

_____

_____

_____

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

## CHECK ONE ONLY:

_____    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331(a) U.S. Code (federal defendants)

**xx**    OTHER (cite statute, if known) **Diversity Of Citizemship 28 USC §1332**

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

A.  Name:  James T. Cole, Jr Reg No. 41167-066

B.  List all aliases:  n/a

C.  Prisoner identification number:  Reg No. 41167-066

D.  Place of present confinement:  U.S.P. Atlanta

E.  Address:  P.O. Box 150160 Atlanta, Ga. 30315

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant:  Rodney "Frog" Carson

Title:  Author of "Fall Of The J.B.M.

Place of Employment:  Federal Witness Program(Unknown) U.S. Marshal'

B.  Defendant:  T.M.G. Publishing Firm ,

Title:  Publisher Of "Fall Of The J.B.M.

Place of Employment: 122 W. 34th St. New York, NY. 10120

C.  Defendant: Amazon Corporation

Title:  Distribution Of "Fall Of The J.B.M.

Place of Employment:  410 Terry Ave. N. Seattle, WA. 98109

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 4/01

III.   **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.   Is there a grievance procedure available at your institution?

YES ( )   NO ( x)   If there is no grievance procedure, skip to F.   **n/a**

B.   Have you filed a grievance concerning the facts in this complaint?

YES ( )   NO ( )

C.   If your answer is **YES**:

1.   What steps did you take?

_____

_____

2.   What was the result?

_____

_____

_____

3.   If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

_____

_____

_____

D.   If your answer is **NO**, explain why not:

_____

_____

_____

E.     Is the grievance procedure now completed?   YES ( )   NO ( )

F.     If there is no grievance procedure in the institution, did you complain to authorities?   YES (xx)   NO ( )

G.     If your answer is **YES**:

    1.     What steps did you take?

                                 n/a

_____

_____

    2.     What was the result?        n/a

_____

_____

H.     If your answer is **NO**, explain why not:

_____

_____

_____

_____

**IV.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court

A.   Name of case and docket number:   **Cole vs- Ferranti, 4:10-cv-00426**

B.   Approximate date of filing lawsuit:   **March/2010**

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases:
**Seth Ferranti(author)**
**Gorilla Publishing**

D.   List all defendants:   **see above**

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): **M.D. Pennsylvania**

F.   Name of judge to whom case was assigned: **Judge Smyer/Jones**

G.   Basic claim made: **Divisity Of Citizenship (Controversy)** ^("Diversity")
**Book "Street Legends"  Defamation Claim**

H.   Disposition of this case (for example:  Was the case dismissed?  Was it appealed? Is it still pending?): **Loss Third Circuit Court Of Appeals**
**(CA3) 532 Fed Appx 205 (3rd Cir 2013).**

H.   Approximate date of disposition: **2013)**

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 4/01

## V.   Statement of Claim:

State here as briefly as possible the facts of your case.   Describe precisely how each defendant is involved.  Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

The fact of the matter, I was convicted in E.D. Pennsylvania a couple of decades ago of being a member of a corrupt organization known as the Junior Black Mafia **(JBM).** However, I was convictied based upon lies, lies and lies not the truth. Now the defendant, "Rodney Carson alleges that he is writing a **non-friction** book abot his lies. There is no truth to his book. He should not profit from lies. And he knows it. Rodney Carson wants to deflame my Charater. The other defendant are just doing a public servant and **T.M.G.** Publishing, as well as Amazon Distribution.

Another factor, I still have pending litigation available in federal Court in the **EASTERN District Of Pennsylvnia** and that will give **Mr Carson** a techical advantage if a trial become see, **U.S.vs- Cole, 2:14-cv-02987** 28 **USC §2255,** denied however the appeal ( was a interlogutory appeal).

CA NO 15-1641

_____(1) He Mr Carson was paid **$4,000** by the gov't for his testimony

as lease that is whta we thought. He hid that his family was paid over

**$200,000** dollars in a three(3) time frame, another reason to lie on Cole.

He, Mr Carson went to a grand jury lying that we, **Carson, Davis, Aaron Jones**

**was all** in a meeting discussing drug prices. However at my trial, he Mr Carson

testified to something completely different. He now allges to a jury. he

only saw Cole as he was comming to Mr Jones Mother house, This was used

in his closing arguments to boast his credibility which he has none. Mr

Carson never knew Cole and never heard of Cole.

I did not deserve a life sentence on **Lies.** They used his testimony

at my sentencing to make me a organizer of the JBM.

This Mr Carson is a bad dude and now he wants money, on lies and I

am in the processing of forming a substantial question for this court,

to determine whether a known lier. can make a **non-friction book** and their

is documentation, demostrating tthe auther is lying what legal endevor

should the court take in a case like that????????????????????????

**VI.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

I want the court to put a **"injunction"** on the book until the

the outcome of all litigation, with regards to the name **Junior Black**

**mafia** is termination and/or hold an evidentiary hearing on the Matter,

because lives are involve and this is not a **Joke**.

1. Carson pay, $1,000,000 (2) T.M.G pay $1,000,000
(3) AMAZON, pay $1,000,000 each defendant
or trial by JURY.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information
and belief. I understand that if this certification is not correct,
I may be subject to sanctions by the Court.

Signed this    **23th**   day of  **August**  , 20**18.**


_James Cole_
(Signature of plaintiff or plaintiffs)

**James T. Cole Jr.**
(Print name)
**28 USC 1746**

(I.D. Number)
**Reg No 41167-066**

**P.O. Box 150160**

**Atlanta, Ga. 30315**
(Address)

August 23, 2018

James T.Cole, Jr
Reg No,41167-066
FCI Atlanta
P.O. Box 150160
Atlanta, Ga. 30315



Clerk
U.S. Courts
E.D. Pennsylvania
601 Market Sts
Phila. Pa. 19106

Re: Deflamation Of Charater
    [Divirsity Of Citizenship]

Dear Clerk

    I cannot fine the other firm you sent so will the enclosed one do. I will be looking for it and if find I will submit and if this will not do, sent anothe firm.

    The defendant, from Street Sources book is comming out in October/2018.   The street are talking .

x _James Cole_
James Cole

*Exhibit in support*

```
1              IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
2                         ----

3   UNITED STATES OF AMERICA,      )
                    Plaintiff,     )
4                                  )     Criminal Action
                                   )
5         vs.                      )     No.  91-570-25
                                   )
6   RODNEY CARSON,                 )
    a/k/a "Frog",                  )
7                   Defendant,     )

8

9                   TRANSCRIPT OF PROCEEDINGS
10       of sentence hearing held in the above-entitled
         action on Tuesday, March 10, 1993 by the
11       Honorable Marvin Katz, District Judge.

12
    APPEARANCES:
13
          For the Government:
14
                U. S. Attorney's Office
15              615 Chestnut Street, Suite 1250
                Philadelphia, Pa.  19106-1797
16              By:  Allison Burroughs, Esq., AUSA
                     Joel Friedman, Esq., AUSA
17                   Abigail Simkus, Esq., AUSA

18        For the Defendant:

19              Robert Marano, Esq.
                Suite 450, The Curtis Center
20              Philadelphia, Pa.  19106

21    Also present:  Joel Rosen, Esq., Assistant District
                     Attorney
22

23                        -----
    Florence Jones
24  Official Reporter
    Proceedings recorded by mechanical stenography, transcript
25  produced by computer-aided transcription.
                        - - - - -
```

1   charged.

2          Your Honor, at the time of Rodney Carson came in

3   almost right from the beginning, virtually right in the

4   beginning he gave detailed information about members of

5   the JBM.

6          It would not be an overstatement to say that

7   Rodney Carson dealt only the JBM organization.  He'd been

8   with the organization a long time through the Spring of

9   1991 when he withdrew from the organization.  He provided

10  detailed information about the membership and meetings,

11  the acts of violence, the drug dealing of the organization

12  from late 1985 straight through up to 1991.

13         Although Rodney Carson was a member of this

14  organization for a very long time and disclosed a good

15  deal of information about JBM-related violence, he never

16  participated in any of the JBM-related violence although

17  he was present at meetings where those things were

18  arranged.

19         During the course of his cooperation, Your

20  Honor, he testified in the two (three) JBM trials before Your

21  Honor which I'm sure Your Honor recalls.  He was prepared

22  to testify in the third trial as well although that

23  ultimately proved unnecessary.

24         In addition to those two testimonies, he was

25  prepared to testify a third time.  He also appeared before



**U.S. Department of Justice**

United States Attorney

*Eastern District of Pennsylvania*

---

615 Chestnut Street
Suite 1250
Philadelphia, Pennsylvania 19106-4476
(215) 451-5200

June 3, 1993

*Bob Marano*
*9 2 3 - ∅ 1 3 ≡*

*The Curtis Center*
*Suite 450*
*Independence Sq w*
*Ph il  1 9 / ¢*

Doreen Bennett
Security Specialist
Office of Enforcement Operations
P.O. Box 7600
Ben Franklin Station
Washington, D.C. 20044-7600

Dear Ms. Bennett:

I am writing as per our recent conference call, which involved you, me and Special Agent Jesse Coleman of the Federal Bureau of investigation, and concerned Rodney Carson.

I believe, and Special Agent Coleman concurs, that Rodney Carson will need additional services from the Witness Protection Program following his release from custody. His current federal release date is June 8, 1993. As you know, his federal and state plea agreements intended that his state and federal sentences run concurrently and coterminously. It is my understanding that the state court judge was going to sign an order yesterday afternoon, which would allow the state sentence to terminate at the same time as the federal sentence. I will advise you by phone once I have confirmed that the order was signed.

During our conversation yesterday afternoon, we discussed Rodney Carson and statements that he allegedly made during a psychological examination concerning past violent conduct. Jesse Coleman also spoke with Rodney Carson following our conference call. Rodney Carson was a member of a very violent drug trafficking organization in Philadelphia. This group primarily relied on the use of firearms to achieve their violent ends and further their drug business. Throughout his affiliation with this drug trafficking organization, <u>Carson remained relatively removed from the violence perpetrated by the organization, by which I mean</u>

*Lie*

that he never killed anyone, nor directed that anyone else kill
someone.  Special Agent Coleman confirmed with Carson that he had
never ordered a contract killing.  If information to the contrary
is included in Carson's psychological examination, it reflects a
misunderstanding between Rodney and the examiner.

    When Special Agent Coleman and I represented in our threat and
risk assessments that Carson had not engaged in violent conduct, we
were referring to JBM related murders and the use of firearms.  We
are aware that Rodney participated in a prison aggravated assault,
at the direction of JBM leader Aaron Jones, and that this assault
resulted in the victim being rendered unconscious for a brief
period.  Carson pled guilty to his role in this offense as part of
his state plea agreement.  To our knowledge, no permanent harm was
done to the victim, nor was he ever in a coma.  Carson also engaged
in fist fights which was a routine part of his life in Philadelphia
as a gang member.

    Again, to reiterate, Special Agent Coleman and I do not
believe that Carson would pose a significant risk of danger to the
community should he be released from prison and continue his
participation in the Program.

    Thank you for time and attention to this matter.  Please let
me know if I can provide you with any further information.


                        Sincerely yours,

                        JOEL M. FRIEDMAN
                        Assistant United States Attorney
                        Chief, Organized Crime Division


                        ALLISON D. BURROUGHS
                        Assistant United States Attorney

by Rodney Carson

SHOOTINGS + MURDERS

COLIN BLEAN (VICTIM): WILLIAM "QUIET STORM" PERDUE (SHOOTER), SHAWN "SHA-YA" MAH (PARTNER), LOCATION 55th VONGES ST. BETWEEN CHESTER AVE. AND SPRINGFIELD AVE. ORDER BY LEROY DAVIS, REASON: DISRESPECT, STEALING DRUG <u>DEAD</u> TELLY CANNON WAS THE INTENTED PERSON.

ARTHUR WILEY (COOS) & JA VICTIM: JAMES "JIMMY MAC" HENDERSON. AFTER NUMEROUS ATTEMPTS BY STANLEY "SUG" HAYES, WILLIAM "QUIET STORM" PERDUE LOCATION - CHETA PARKS APARTMENT AT 82ND LINDBERGH BLVD. REASON: STEAL DRUGS.
<u>DEAD</u>

RODNEY "LAST NAME UNKNOWN (VICTIM): WILLIAM "QUIET STORM" PERDUE, JAMES "MONT" ALEXANDER, DEREK "BOLO" ALLEN, AND SEVERAL OTHERS, REASON: DRUG COMPETITOR, LOCATION 58 M GREENWAY AVE. PARALEGED.

DAVID HENRY "BIG DAVE" (VICTIM): AARON JONES, RONALD MASON, KEVIN BANKS BERNARD FIELDS AND OTHERS, REASON: RIVAL DRUG COMPETITOR, LOCATION 49TH RAYS FERRY AVE. GAS STATION (AAMACO). SURVIVED

: DAVID HENRY (VICTIM): DEREK "BOLO" ALLEN, WILLIAM PERDUE. SURVIVE LOCAT 58 M GREENWAY AVE. SURVIVED

. MELVIN "BLACK MEL" BROOKS (VICTIM): STANLEY HAYES. REASON: STOLE MONEY, LOCATION: 60TH CHESTER AVE. ORDERED BY LEROY DAVIS.

, ANDRAE "CLINT" (VICTIM): STANLEY HAYES, DEREK STR "G" STEPLIGHT: FOR TING AT SLOAN ANDERSON LOCATION: 57TH GREENWAY AVE. SURVIVED

5 JUNE "AL CAPONE" BARBER SHOP BYS - WILLIAM PERDUE, JAMES ALEXA DARRYLE WOODS, THE SHOOTERS WERE WILLIAM PERDUE, JAMES A REASON HE SHOT BREKLY LOCATION 58TH WHITBY SURVIVE

Rodney Carson



ȚEFAN HENRY (VICTIM): GREG (SHOOTER), RODNEY CARSON (DRIVER). AFTER
ERAL UNSUCCESSFUL ATTEMPTS BY (ME) AND MELVIN DAVIS, ME AND CHA
ITY BLACK" LASSITER. REASON: BECAUSE his BROTHER DAVIS STABBED KEVIN BOW
N IN HOLMESBURG PRISON. LOCATION: IN FRONT OF his HOUSE ON CECIL ST
IRTEEN 58th GREENWAY AVE AND 68th KINGSESSING. ORDER BY AARON JONES
YAN THORNTON. SURVIVER.

his own (admission) involved

hits + murders

( prosecutor knew )

*Prosecution Memorandum*

Anthony Fletcher by people believed by the JBM to be associated
with Craig Haynes, AARON JONES called a meeting of a number of
JBM members.  JONES stated that he had a source who would tell
him when Haynes was at a particular location in South
Philadelphia.  He further stated that he was going to use Dirty
Black (CHRISTOPHER LASTER) and WILL PERDUE to kill Haynes.  JONES
then ordered LASTER and PERDUE to go to 24th and Moore to kill
Haynes.  LASTER and PERDUE returned later and stated that Haynes
had not been at 24th and Moore, but they started shooting anyway
and they knew that they had killed somebody (victim determined by
police to be Willie BOWMAN - shot 7/11/89).

AARON JONES and BRYAN THORNTON discussed in CARSON's
presence the fact that they along with SAM BROWN had shot and
attempted to kill Richard Isaacs because he had refused to buy
his drugs from the JBM.

During the fall of 1989, at the direction of AARON
JONES, CARSON and DIRTY BLACK (CHRISTOPHER LASTER) go to the
vicinity of 28th and Cecil Streets for the purpose of shooting
Stefan Henry.  Henry did not appear that night and thus was not
shot on this occasion.  ( *prosecutor knew (person involved in murders)* )

## 2. Dwight Sutton

In 1987 for approximately one month he operated a crack
house for AARON JONES and LEONARD PATTERSON.  On some occasions
Sutton would obtain the crack capsules from PATTERSON and
transport them to the house from which he would sell them or
supervise their sale.  Sutton made eight trips to Florida on
behalf of the JBM to purchase and transport cocaine back to
Philadelphia.  While in Florida on one of those trips in June of
1987, AARON JONES travelled to Florida to resolve a problem that
had arisen involving the drug money.  On various occasions he
would hear discussions about drug business between AARON JONES,
LEONARD PATTERSON, KEVIN BOWMAN, REGINALD REEVES and SAM BROWN.
Usually, upon returning from Florida, Sutton would deliver the
cocaine to AARON JONES, LEONARD PATTERSON, KEVIN BOWMAN, JAMES
PRICE and SAM BROWN.

## 3. Andre Crews

Knows JONES to be the head of the JBM, and has heard
him give orders to members.  In the summer of 1988, Crews
attended a meeting with AARON JONES, BERNARD FIELDS, and SAM
BROWN.  They attempted to persuade him to buy cocaine from them
by offering to front it, and by offering it at a better price
than he was then paying.  Subsequent to this meeting , Crews got
word on the street that if he didn't start buying from the JBM,
he would be hurt.  He was then contacted by BERNARD FIELDS and
told to attend a second meeting.  The second meeting was attended
by AARON JONES, BERNARD FIELDS, REGINALD REEVES, BRYAN THORNTON,

REPORT OF INVESTIGATION

Page 1 of 3

| GRAM CODE | 2. CROSS FILE | RELATED FILES | 3. FILE NO. CK-89-Z004 | 4. G-DEP IDENTIFIER FN2-C1 |
|---|---|---|---|---|
| BY: S/A Charles Allen | ☐ | | 6. FILE TITLE | |
| AT: Philadelphia FD | ☐ | SCP-90-0004 | Aaron JONES | |
| | ☐ | CK-88-Z005 | | |
| 7. ☐ Closed ☐ Requested Action Completed | ☐ | | 8. DATE PREPARED | |
| ☐ Action Requested By: | ☐ | | January 22, 1990 | |

9. OTHER OFFICERS: S/A James Fitzgerald, Trp. Bruce Peachey Delaware State PD, Ofc. Dan Daley New Castle PD and Ofc. William Sullivan Wilmington PD

10. REPORT RE:
INITIAL DEBRIEFING SCP-90-0004

DRUG RELATED INFORMATION:

1. On 01/16/90, at approximately 11:30 AM, S/A Charles Allen debriefed SCP-90-0004 at a prearranged location in the greater Philadelphia area relative to the drug trafficking activities of known and suspected JBM members in and around Wilmington Delaware.

2. SCP-90-0004 stated that he/she knew reputed JBM members Rodney CARSON (aka "FROG"), Derrick STEPLIGHT (aka "Q"), Melvin DAVIS (aka "MEL") and Leroy DAVIS (aka "BUCKY"). SCP-90-0004 says that his/her association with these individuals began in 1987 when he/she served in the Navy with Rodney CARSON. According to SCP-90-0004, CARSON was being discharged from the service at this time for narcotics violations. He (CARSON) told SCP-90-0004, "when you get out, look me up." *testified he was AWOl*

3. SCP-90-0004 stated that on his/her release from the NAVY (also in 1987), he/she took to hanging out with CARSON at a house located on Creighten Street in West Philadelphia which is said to belong to Leroy DAVIS. SCP-90-0004 described the location as a cut house and drug distribution point, Leroy DAVIS is said to have favored this house as a place to relax. SCP-90-0004 says that a short time after he/she began frequenting Creighten Street, he/she also became a small time narcotics (cocaine) trafficker, buying and selling ounce quantities. SCP-90-0004 further stated that he/she would purchase the cocaine from Bucky DAVIS at $700 per ounce eventually working his/her way up to 10 (ten) ounce transactions.

4. SCP-90-0004 says that between them, Rodney CARSON and Will PERDUE (aka "STORM") were moving approximately 2 (two) kilograms of cocaine a week out of Creighten Street. SCP-90-0004 estimated that BUCKY would have been moving (selling) at least twice that amount. SCP-90-0004 says that BUCKY currently utilizes Melvin DAVIS as a house sitter in his absence.

| 11. DISTRIBUTION: | 12. SIGNATURE (Agent) *Charles Allen* | 13. DATE 2/5/90 |
|---|---|---|
| REGION | Special Agent Charles Allen | |
| DISTRICT | 14. APPROVED (Name and Title) | 15. DATE 2/5/90 |
| OTHER AMRI, DIO, OCD | Acting G/S Martin Pracht | |

DEA Form - 6
(May 1980)

DEA SENSITIVE
DRUG ENFORCEMENT ADMINISTRATION

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.
Previous edition may be used.

| REPORT OF INVESTIGATION | | | CK-89-7004 | | PN2-CI |
| (Continuation) | | | 3. FILE TITLE | | |
| | | | Aaron JONES | | |
| Page | of | | | | |
| 2 | 3 | | 6. DATE PREPARED | | |
| PROGRAM CODE | | | January 22, 1990 | | |

5.  SCP-90-0004 says that the Elsmire Skating Rink in Wilmington, Delaware was a major hangout spot for all young (20-30 YOA) area hustlers on Sundays until it was recently closed for renovations.  SCP-90-0004 says that this crowd has relocated to the Franklinville New Jersey Skating Rink since the close.  SCP-90-0004 describes Will PERDUE and the aforementioned individuals from paragraph #2 as regulars.

6.  SCP-90-0004 says that Bucky DAVIS, Rodney CARSON and Will PERDUE are seeking to expand their narcotics operation into Wilmington.  They have been persistant (per SCP-90-0004) in their efforts to get SCP-90-0004 to lease an apartment for them so that they can have a proper shop or base of operations.  SCP-90-0004 says that he/she presently has them on hold.

7.  SCP=90=0004 says that he/she can make a buy from Rodney CARSON and that the introduction of a undercover for that purpose should be fairly easy.  SCP-90-0004 feels that a transaction of less then $5000 would probably be turned down by CARSON, SCP-90-0004 also feels that in the initial phases of the deal, Melvin DAVIS would act as a go between. Per SCP-90-0004 ounces are now selling for between $950 and $1200.00.

8.  SCP-90-0004 says that he/she frequently sees Alfonzo CALDWELL driving Rodney CARSON's car (white later modeled 740 Volvo 740 State Wagon).  CALDWELL (aka "FONNY") figures prominently in the Frank SAUNDER's investigation which at present is centered in Chester, PA, he is a millionaire and has been in the narcotics trade since the age of 14.  SCP-90-0004 says that he/she saw Will PERDUE riding in the car with CALDWELL last week.

NON-DRUG RELATED INFORMATION:

1.  SCP-90-0004 stated that Terrance GOSS aka "PAPERS" was shot at Rodney CARSON's instigation.  GOSS, who was a member of the CRAIG HAYNES DRUG TRAFFICKING ORGANIZATION was shot nine times in front of Cahoots Disco (Airport Hilton, Phila.) which resulted in an execution attempt on Leroy DAVIS aka BUCKY the next day by members of HAYNE's faction. This took place circa February 2 and 3, 1989.

2.  SCP-90-0004 further stated May 1989 Willie CHASE was found shot to death along with three other Philadelphia area males.  Bodies of the four were found shot execution stye in a later model Volvo somewhere in Virginia (?).  Per SCP-90-0004 this was a JBM sanctioned hit because one of these individuals had made a flagrant show of not paying back drug money owed to Leroy DAVIS and Rodney CARSON.

*o MS Borroughs had INFoemation*

MONEY LAUNDERING:

1.  None to report.

DEA Form — 6a
(May 1980)
                        DEA SENSITIVE
                   DRUG ENFORCEMENT ADMINISTRATION
            This report is the property of the Drug Enforcement Administration.
     Neither it nor its contents may be disseminated outside the Agency to which loaned.

                         Previous edition may be used.

1          UNITED STATES DISTRICT COURT
2     FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3          BEFORE THE FEDERAL GRAND JURY

4              - - -

5

6                   Stenographic transcript of

7     proceeding and evidence presented before the

8     Federal Grand Jury of the United States District

9     Court for the Eastern District of Pennsylvania,

10    601 Market Street, Room 4716, Independence Mall

11    West, Philadelphia, Pennsylvania, 19106 on

12    Wednesday, March 13, 1991, commencing at 2:13

13    p.m., before Joanne D. Jardiniano, Court

14    Reporter-Notary Public there being present.

15

16              - - -

17          TESTIMONY OF:   RODNEY CARSON

18    PRESENT:

19              ALLISON BURROUGHS, ESQUIRE
                    and
20              ARNOLD GORDON, ESQUIRE
                Assistant United States Attorneys

21

22

23

24

25

400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300


1   Q.      And was Sam Brown a member of the JBM?

2   A.      Yes, he is.

3   Q.      ~~Later in 1986, did you and Bucky have~~ a

4   ~~meeting with Aaron Jones at a house in West~~

5   ~~Philadelphia?~~          *C.C.E. "Organizer"*

6   A.      ~~Yes, we did.~~

7   Q.      ~~In addition to you and Bucky and Aaron~~

8   ~~Jones, was James Cole also at this meeting?~~

9   A.      Yes.  ✓  *Rehearsed B.S.*
            *highlighted*
10  Q.      Was the purpose of this meeting for Bucky

11  Davis to tell Aaron Jones that Sam Brown was

12  charging the two of you too much for the cocaine

13  you were getting from him?

14  A.      Yes.

15  Q.      Was Aaron Jones upset about the fact that

16  Sam Brown or "Magic" was charging you so much?

17  A.      Yes, he was.

18  Q.      Beginning a couple of months after this

19  meeting at approximately the end of 1986 or the

20  beginning of 1987, did you and Bucky begin getting

21  your cocaine directly through Aaron Jones?

22  A.      Yes.

23  Q.      When you wanted cocaine would you or Bucky

24  call Aaron Jones and tell him that you wanted to

25  see him?

Carson - Direct

1    meaning, Leroy Davis, we should not be charged that high a

2    price we being family and he didn't want to go down from the

3    price that he was giving the cocaine to us for so we took the

4    conversation to someone higher than them in the organization to

5    Aaron Jones and we met with Aaron Jones pertaining to that.

6    Q    Who was at that meeting with Aaron Jones?    *See Grand Jury!*

7    A    It was me, Leroy Davis and Aaron Jones. *testified, Cole !*

8    Q    Where did that meeting take place?

9    A    Aaron Jones's mother's house.    *Said a house/No specific G.J.*

10   Q    What was decided at the meeting?

11   A    It was decided that we would start receiving the cocaine

12   directly from Aaron Jones.

13   Q    Did someone arrive at Aaron's mother's house during or

14   right after that meeting? ???    *" Rehearsed "*

15   A    Yes.    *the fact*

16   Q    Who was that?

17   A    James Cole.    *Lie! See G.J., he said Cole at meeting! Placing Cole in the conspiracy,*    *aboy or*

18   Q    What happened (after) Cole arrived?    *and organizer.*

19   A    Well, upon (them) pulling up to the house, Aaron recognized    *more than one, who!*

20   him pulling up to the house.  He informed us that James is here

21   to meet with -- to meet with me, meaning Aaron, about him

22   wanting us to cool out because things are getting too hot as

23   far as our drug business.  Things is moving too fast and

24   getting too hot for the organization.

25   Q    After this meeting with Aaron how would you and Bucky get

*Said James Nickname was Fat Boy!*

*Do Not know Cole.*

*J.C.*

*egnly*
*1988*

*Early*
*988*

1   and he sees Goldie, Goldie at the mall, Goldie, the other

2   person in 125-I, Goldie, the person whose house was searched in

3   January of 1988, Goldie who is supposed to get the 14 kilograms

4   from James Price.  He sees Goldie and Goldie tells him Aaron

5   wants to get in touch with him and so forth and Aaron then says

6   he's unhappy with James Cole.  James Cole is pulling all kind

7   of sneaky shit and, in fact, Aaron says he paid James Cole all

8   the money.  Earl says I'm short on the money.   I haven't been

9   paid all of it and Aaron says he paid him all the money so we

10  go --  There's a discussion with Goldie.  Goldie sets up a

11  meeting with Aaron and then they meet with Aaron.

12          Now after that there are 100, 150 and 200 and 30

13  kilograms of cocaine delivered.

14          What does Frog, Rodney Carson, have to say?  He says

15  when he first joined that James Cole was the leader and

16  distributor and that Aaron Jones was getting his cocaine from

17  James Cole.

18          He said that Aaron Jones and James Cole delivered to

19  others in addition to Rodney Carson, others who had different

20  areas of the city: Sam brown, Basil, that's Leonard Patterson,

21  Kevin Bowman, Bernard Fields, Reggie Reaves and that they were

22  selling cocaine just as Bucky Davis and Frog were selling

23  cocaine.

24          On one occasion Leroy Davis, Frog, Rodney Carson, and

25  Aaron Jones were having a meeting.  James Cole arrived but they



1    didn't meet with James Cole.

2              Ladies and gentlemen of the jury, assuming that ~~if~~

3    Rodney Carson was <u>not telling the truth</u>, wouldn't it have been

4    much easier for him to have said: Oh, yes, we all had a meeting

5    <u>together;</u> <u>James Cole was there</u>, Aaron Jones was there; we had a

6    big discussion.

                         *puttings Cole in the conspiracy !*

7              No, ladies and gentlemen of the jury, he testified

8    they weren't there at the meeting but according to Aaron Jones,

9    he said that Cole was there to meet because he was upset, he

10   wanted people to cool things off.  There was too much heat

11   coming down on the JBM and the chairman of the board, the

12   insulated fellow, James Cole, the supplier, the connect, the

13   guy that was above that didn't want to expose himself to being

14   caught, the smart guy; he wanted people to <u>cool it</u> because he

15   didn't want all this heat down.  He didn't want to get caught

16   but, ladies and gentlemen of the jury, I submit this

17   prosecution shows that he was caught.

18             Now also there's testimony that there was a later

19   meeting in <u>early 1988</u>, a meeting at Fayette Street and the

20   members of the JBM were there and Aaron Jones <u>said</u> that James

21   Cole wanted to <u>cool it.</u>  He was going to go out to California

                                                            *BS*

22   and he wanted to cool it and basically James Cole was not going

23   to be there any more as the connect.

24             Now Carson also testified that in 1990, James Cole

25   returned and at that point in time "Q", Bernard Fields, one of

*early 1988*

89
*Rebuttal Allison Burroughs*

1 Rodney Carson, Dave Baynham all the others when he assumed

2 leadership of the drug trafficking organization known as the

3 Junior Black Mafia or the JBM.

4     Although some of our witnesses are not the most

5 upstanding citizens and you may in fact consider them to be the

6 offensive immoral people I believe that's how Mr. Trigiani

7 referred to them we haven't made any bones about that ladies

8 and gentlemen.  We are not attempting to put these people

9 forward as the people we would most like to have at our house

10 or your house for dinner but these people do have at least two

11 things going for them when you evaluate their credibility.

12     The first thing is that they made a commitment to

13 tell the truth when they signed their plea agreements or

14 accepted their immunity.  And the second is that so much of

15 what each witness said was corroborated by what other witnesses

16 said or by the recorded conversations or by the physical

17 evidence like the guns seized from James Cole.

18     Let's talk about motivation to tell the truth and I

19 want to read a couple paragraphs from the plea agreement.  The

20 one I'm going to read from is Rodney Carson.  I'm going to

21 paraphrase Paragraph 4 is Government Exhibit 2.  (Read).

22     Paragraph 17. (Read).

23     Paragraph 18.  (Read).

24     Similarly ladies and gentlemen, each of the immunity

25 agreements that you heard about in this case I have Marco

Burroughs/Rebuttal          90

1   Lopez's in my hand this also provides if a witness doesn't

2   testify truthfully the Government has the right to use whatever

3   it is they said against them in a later criminal proceeding and

4   that includes prosecuting them for all the crimes for which

5   they received immunity in this agreement and there's also a

            Sutton

6   paragraph in this agreement virtually the same agreement as in

7   Rodney Carson's Paragraph 6. (Read).

8         Well, we all know ladies and gentlemen that to a

9   certain extent people generally and the people that testified

10  as witnesses in this case are often motivated by their own

                                        Sutton

11  self-interests.  What the provisions in the immunity agreement

12  do is give each and every cooperating witness a powerful

13  personal incentive to tell the truth because they know if they

14  don't tell the truth it's then they can be prosecuted not only

15  for whatever role they may have played but also for perjury or

16  for any other crimes they may have told the Government about

17  during the course of their cooperation.

18        Can you trust these people to tell the truth the

19  question Mr. Trigiani asked you.  Well, we are not asking you

20  to unconditionally accept the uncorroborated testimony of any

21  witness.  You may by rightfully skeptical about finding that

22  the word of anyone of these people would be sufficient to

23  establish guilt beyond a reasonable doubt but in this case you

24  heard the testimony of numerous witnesses and what they said

25  was corroborated the testimony of each other and that testimony

*Rebuttal*

1   doesn't make you guilty of anything.

2          Once again in Mr. Trigiani's closing you heard about

3   the organizational charts prepared by Rodney Carson and Chris

4   Anderson.   Some what surprising to hear about those charts

5   again since the witnesses explained so clearly why Cole didn't

6   appear but to reiterate Rodney Carson told you his particular

7   chart reflected a particular moment in time 1988-1989 and if

8   you look at that chart which I believe the defendant marked as

9   an exhibit you'll see it includes individuals that became a

10  part of the JBM during that get down lay down thing people that     *dead peoples*

11  became involved with the organization after James Cole stepped     *deal people on chart*

12  back because he thought the thing was getting too high profile.

13          Likewise Chris Anderson told you his chart was made

14  in preparation for a prior proceeding that did not involve

15  James Cole prepared during the time that Cole was a fugitive.     *Another lie*

16          Now ladies and gentlemen, James Cole is not a stupid     *To others who wasn't indicted, another lie.*

17  man.   In fact I submit to you that the evidence in this case

18  showed that he was rather clever.   He backed away from the JBM

19  when it got too high profile backed away when ~~James~~ ~~James~~

20  started with the get down and lay down campaign when ~~James~~

21  ~~James~~ got the rings with the initials JBM started appearing on

22  cars.

23          You also heard from Marco Lopez about how James was

24  so paranoid this meeting in the hotel took place in a hotel

25  bathroom.   That testimony by Lopez was corroborated by one of

*Aaron Jones,*

*Only witnesses no Indictment*



7018  0040  0000  2736  6096

July 6, 2018

James Cole
Reg No. 41167-066
FCI Atlanta
P.O. Box 150160
Atlanta, Ga. 30315

Clerk
U.S. Courthouse
615 Market Sts.
Phila. Pa. 19106

Re: Restrain/Injunction
    Relief].

Dear Clerk

      Would you please hand this one up. I cannot be sure however I
want to bring this to your attention, because I believed that this
moght be a related case, in the matter of **Aaron Jones v. Commonwealth**,
Case [unknown], in front of **Honorable Savage** where Mr Jones has
pending litigation.

      This is for your information.

      Thanks in this matter.

x *James Cole*

James Cole